**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | MAGISTRATE NO. 09-3001M |
| v. | **Order Denying Parties' Joint Motion to Extend Time to Indict** |
| Jesus Rodriguez-Astorga, | |
| Defendant. | |

The Court has received and considered the parties' Joint Motion to Extend Time to Indict. (docket #6). The Motion incorrectly states the Defendant is accused of Reentry After Deportation in violation of 8 U.S.C. §1326. The Criminal Complaint in this matter, docket #1, charges the Defendant in Count 1 of Bringing in and Harboring Aliens in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and in Count 2 of Illegal Reentry and Concealment of Facts, Aid and Abet in violation of 8 U.S.C. §1325(a)(2) and 18 U.S.C. §2.

**IT IS ORDERED denying** the parties' Joint Motion for Extension of Time to Indict, docket #6, as it is against the policies of the United States Attorney's office to extend time to indict in any cases other than those charged with illegal reentry after deportation.

DATED this 29th day of January, 2009.

Lawrence O. Anderson
United States Magistrate Judge

Jan 29, 2009 - 1616